IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHANISA DARBY** | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 5:24-cv-05421-JLS |
| | : |
| **120 NORTHAMPTON, LLC, et al.** | : |

## O R D E R

**AND NOW,** this day of 26th September, 2025, **IT IS HEREBY ORDERED** that:

1. The motion to dismiss for failure to state a claim by Defendants Zachary Zawarski, P.C. and Zachary Zawarski, Esq. [Doc. 70] is **GRANTED**.

2. The motion to dismiss for failure to state a claim by Defendants 120 Northampton, LLC, Borko Milosev and Post Road Management, LLC [Doc. 75] is **GRANTED** in part and **DENIED** in part.

3. The motion to dismiss for failure to state a claim by Defendants Richard Johnston, Kathleen A. Nansteel, Holly Ruggiero and Melissa Shoemaker [Doc. 76] is **GRANTED**.

4. The motion to dismiss for failure to state a claim by Defendants L. Anthony DiJiacomo, III, Esq., Gary Schafkopf, Esq. and Mathew Weisberg, Esq. [Doc. 77] is **GRANTED**.

5. The motion to dismiss Plaintiff's Second Amended Complaint by JJ Waldron, LLC, Law Office of Steven T. Williams, Steven Todd Williams, Esq. [Doc. 78] is **GRANTED**.

6. The motion to dismiss for failure to state a claim by Defendants Matthew James Deschler, Esq. Shay, Santee, Kelhart and Deschler, LLC [Doc. 81] is **GRANTED.**

7. Pursuant to Plaintiff's Praecipe to withdraw motion for Rule 11 sanctions [Doc. 92], the Clerk shall mark Document #85 as **TERMINATED**.

8. Count I is **DISMISSED** in its entirety as to all Defendants for lack of subject matter jurisdiction.

9. Count II is **DISMISSED** in its entirety as to all Defendants.
10. Count III is **DISMISSED** in its entirety as to all Defendants except for Gross Mckinley, LLP, Samuel E. Cohen, Esq. and Constance K. Nelson, Esq.
11. Counts IV, V, VI, IX, X, XI, XII are **DISMISSED** in their entirety.
12. Count XIII is **DISMISSED** in its entirety as to all Defendants.
13. Count VII (trespass to chattels) against Defendants 120 Northampton, LLC, Borko Milosev and Post Road Management, LLC shall remain.
14. Count VIII (conversion) against Defendants 120 Northampton, LLC, Borko Milosev and Post Road Management, LLC shall remain as to Plaintiff's personal property and non-leasehold property only.
15. Count III (fraud) against Defendants Gross Mckinley, LLP, Samuel E. Cohen, Esq. and Constance K. Nelson, Esq. shall remain.
16. The motion of *pro se* Plaintiff for a temporary restraining order [Doc. 71] is **DENIED**.
17. The motion of the *pro se* Plaintiff for a preliminary injunction [Doc. 71] is **DENIED**.
18. The motion of *pro se* Plaintiff for declaratory judgment [Doc. 72] is **DENIED**.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**